UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LEROY NOT AFRAID and GINGER GOES AHEAD,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and LOUISE ZOKAN-DELOS REYES, in her official and individual capacity, and JO-ELLEN CREE, in her official and individual capacity,<br><br>Defendant. | Case No. CV-19-100-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  **JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFFS.**
  *(Order adopting findings and recommendations on 10/14/2020)*

Dated this 3rd day of March, 2021.

         TYLER P. GILMAN, CLERK

        By: /s/ Amanda Carrillo
          Deputy Clerk